PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>ALEX A. SEE,<br><br>           Defendant. | Case No. 1:21-po-00328-SAB<br><br>[Citation #F5256894 CA/4B]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Jeffrey A. Spivak, Assistant U.S. Attorney, hereby moves to dismiss Case No. 1:21-po-00328-SAB [Citation ##F5256894 CA/4B] against ALEX A. SEE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 7, 2021                               Respectfully submitted,

                                                                        PHILLIP A. TALBERT
                                                                        Acting United States Attorney

                                                         By:    /s/ Jeffrey A. Spivak
                                                                        JEFFREY A. SPIVAK
                                                                        Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:21-po-00328-SAB [Citation #F5256894 CA/4b] against ALEX A. SEE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 7, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE